IN THE CIRCUIT COURT OF DICKSON COUNTY, TENNESSEE
AT CHARLOTTE

RACHEAL HENRY and JOHN HENRY,)
                                      )

      Plaintiffs,               )

                                       )

v.                                  )     No. *22CC-2017-CV-104*

                                       )

DOUGLAS MORGON and CLEAN    )

HARBORS ENVIRONMENTAL       )

SERVICES, INC.,               )

                                       )

      Defendants.          )

## COMPLAINT

Come now the Plaintiffs, by and through counsel, and for their cause of action would show unto this Honorable Court as follows:

1.     Plaintiffs are citizens and residents of the State of Tennessee, residing in Humphreys County.

2.     Defendant Douglas Morgon ("Defendant Morgon") is a resident of Butler County, Ohio, residing at 6987 Berry Blossom Court, Liberty Township, Ohio 45011.

3.     Defendant, Clean Harbors Environmental Services, Inc. ("Defendant Clean Harbors") is a corporation conducting business within the State of Tennessee, with its principal office located at 42 Longwater Drive, Norwell, Massachusetts 02061. The same may be served through its registered agent, CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, Tennessee 37929.

4.     On September 28, 2016, Defendant Morgon was traveling in Dickson County on Interstate 40 East, and operated his motor vehicle in a negligent and/or reckless manner so as to

EXHIBIT 1

strike the vehicle containing the Plaintiff Racheal Henry, causing a serious collision which resulted in substantial bodily injuries to the Plaintiff Racheal Henry.

5.    At the time of this collision, Defendant Morgon was acting within the course and scope of his employment with Defendant Clean Harbors. As such, the negligence of Defendant Morgon is imputed to Defendant Clean Harbors pursuant to the doctrines of respondeat superior, negligent entrustment, and/or the principles of agency.

6.    Defendant Morgon had a duty to keep a proper lookout ahead, to drive at a reasonable and safe speed, to see all that came into the Defendant's line of sight, and to drive reasonably and carefully. At all times herein material, the Defendant was guilty of the following acts of common law negligence, which acts of omissions were the direct and proximate cause of the damages and injuries sustained by the Plaintiffs:

   a.  Operating a vehicle at a speed too great for the circumstances then and there existing.

   b.  Failing to maintain a proper lookout ahead.

   c.  Carelessly operating a vehicle in a manner which caused it to strike the vehicle containing the Plaintiff, Racheal Henry.

   d.  Failing to take evasive action by applying the brakes or otherwise steering the vehicle in order to avoid a collision once that collision was imminent.

7.    In addition to the aforementioned acts of negligence, Defendant Morgon was negligent per se in that the Defendant drove a vehicle with such willful, reckless and wanton disregard for the safety of the Plaintiff Racheal Henry so as to constitute reckless driving in violation of Tenn. Code Ann. § 55-10-205(a). Furthermore, Defendant Morgon was negligent per se in violating the following statutory provisions:

- 2 -

a. Tenn. Code Ann. § 55-8-124 (following too closely);

b. Tenn. Code Ann. § 55-8-136 (failing to use due care).

8.  As a direct and proximate result of one or more acts of negligence, gross negligence, or recklessness of the Defendants, the Plaintiff was made to suffer and continues to suffer the following injuries and damages:

a. Past and future pain and suffering;

b. Past and future medical expenses;

c. Mental anguish;

d. Loss of the enjoyment of life;

e. Loss of wages and earning capacity;

f. Property damage and loss of use of vehicle;

g. Permanent impairment; and

h. Loss of services and consortium, John Henry.

WHEREFORE Plaintiffs sue the Defendants for personal injuries and property damage, and request that a judgment be entered against the Defendants in an amount which will fairly and justly compensate them for their injuries and losses and, because the law requires plaintiffs to request a specific sum of money, state that under no circumstances shall the judgment awarded exceed $350,000.00, plus court costs, discretionary expenses and such other, further and general relief which shall be deemed proper by this Honorable Court.

Case 3:17-cv-01358   Document 1-2   Filed 10/10/17   Page 3 of 8 PageID #: 9

Respectfully submitted,

_____

Jeffrey C. Kovalski, BPR No. 28977
*Attorney for Plaintiffs*
3037B Highway 31W
P.O. Box 816
White House, TN 37188
(615) 810-8214
FAX (866) 684-2375
jeff@tn-injury.us

- 4 -

 CT Corporation

**TO:**   Michael McDonald
Clean Harbors, Inc.
42 Longwater Dr
Norwell, MA 02061-1612

**RE:**   **Process Served in Tennessee**

**FOR:**   Clean Harbors Environmental Services, Inc.   (Domestic State: MA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RACHEAL HENRY and JOHN HENRY, Pltfs. vs. Douglas As Morgon and Clean Harbors Environmental Services, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Dickson County Chancery Court, TN<br>Case # 22CC2017CV104 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - September 28, 2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/12/2017 at 09:00 |
| **JURISDICTION SERVED :** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | within thirty (30) days from the date this summons is served upon you |
| **ATTORNEY(S) / SENDER(S):** | Jeffrey C. Kovalski<br>3037B Highway 31W<br>P.O. Box 816<br>White House, TN 37188<br>615-810-8214 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/13/2017, Expected Purge Date: 09/18/2017<br><br>Image SOP<br><br>Email Notification, Michael McDonald  mcdonaldm@cleanharbors.com<br><br>Email Notification, Brad Carl  carl.brad@cleanharbors.com<br><br>Email Notification, Monica Murphy-Rodgers  MURPHYMO@CLEANHARBORS.COM<br><br>Email Notification, Coleen O'Donnell Robbie  robbiec@cleanharbors.com<br><br>Email Notification, Ilinca Butnariu  butnariu.ilinca@cleanharbors.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>800 S. Gay Street<br>Suite 2021<br>Knoxville, TN 37929-9710 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Case 3:17-cv-01358   Document 1-2   Filed 10/10/17   Page 5 of 8 PageID #: 11

 CT Corporation

**TO:** Michael McDonald
Clean Harbors, Inc.
42 Longwater Dr
Norwell, MA 02061-1612

**RE:** **Process Served in Tennessee**

**FOR:** Clean Harbors Environmental Services, Inc.  (Domestic State: MA)

**TELEPHONE:**                            312-345-4336

Page 2 of  2 / AP

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

| DICKSON County | STATE OF TENNESSEE CIVIL SUMMONS page 1 of 1 | Case Number 22CC-2017-CV-164 |
|---|---|---|

| RACHEAL HENRY and JOHN HENRY | Vs. | DOUGLAS MORGON and CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. |
|---|---|---|

Served On:

Clean Harbors Environmental Services, Inc. c/o CT Corporation System, 800 S. Gay St., Ste 2021, Knoxville, TN 37929
VIA KNOX COUNTY SHERIFF

You are hereby summoned to defend a civil action filed against you in ____Circuit____ Court, ____Dickson____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: *September 6, 2017*

*Pamela A. Lewis*
Clerk / Deputy Clerk / *P.L*

Attorney for Plaintiff: Jeffrey C. Kovalski
P.O. Box 816, 3037B Highway 31W, White House, TN 37188

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed: these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to Pam Myatt Lewis, Circuit Court Clerk, Dickson County
P.O. Box 70, Charlotte, TN 37036

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: ____Clean Harbors____
SAMANTHA SUTTON *agent*

Date: SEP 1 2 2017     By: *N. Baird 2525*
Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____
Notary Public / Deputy Clerk (Comm. Expires _____ )

_____
Signature of Plaintiff

_____
Plaintiff's Attorney (or Person Authorized to Serve Process)
**(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call* [FOR ASSISTANCE PLEASE ADA Coordinator, at ( ) _____. ] 615-7??-7011 *Rev. 03/11*

| DICKSON County | STATE OF TENNESSEE CIVIL SUMMONS page 1 of 1 | Case Number |
|---|---|---|

| RACHEAL HENRY and JOHN HENRY | Vs. | DOUGLAS MORGON and CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. |
|---|---|---|

Served On:

Douglas Morgon      VIA TN SECRETARY OF STATE   6987 Berry Blossom Ct., Liberty Township, OH  45011

FILE COPY

You are hereby summoned to defend a civil action filed against you in ____Circuit____ Court, ___Dickson___ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _September 6, 2017_

_Pamela A. Lewis_
Clerk / Deputy Clerk /BL

Attorney for Plaintiff:  Jeffrey C. Kovalski
P.O. Box 816, 3037B Highway 31W, White House, TN  37188

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to  Pam Myatt Lewis      Circuit Court  Clerk, ___Dickson___ County
P.O. Box 70, Charlotte, TN  37036

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date: _____     By: _____
                               Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires _____ )

_____
Signature of Plaintiff

_____
Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

ADA: If you need assistance or accommodations because of a disability, please call _____ ADA Coordinator, at ( ) _____.

Rev. 03/11