Motion GRANTED.
The initial case management conference is RESET for 1/3/2018 at 1:30 p.m.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RACHEAL HENRY and JOHN HENRY, ) | | |
| ) | | |
|     Plaintiffs, ) | | |
| ) | | |
| v. ) | No. 3:17-cv-1358 | |
| ) | | |
| DOUGLAS MORGON and CLEAN ) | | |
| HARBORS ENVIRONMENTAL ) | | |
| SERVICES, INC., ) | | |
| ) | | |
|     Defendants. ) | | |

**MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiffs, by and through counsel, hereby move for an Order continuing the Initial Case Management Conference from its presently scheduled date and time of Monday, December 4 at 2:45 p.m. to a future date certain. As grounds for this Motion, Plaintiffs would show as follows:

1. The Clerk of this Court had an incorrect (old) email address for Plaintiffs' counsel until the afternoon of Wednesday, November 29, 2017. As such, Plaintiffs' counsel did not receive notice of the Case Management Conference until the afternoon of Wednesday the 29th.

2. Plaintiffs' counsel must pick up his daughter from school on the afternoon of Monday, December the 4th, at approximately 2:15 p.m. in White House, Tennessee, as his wife is not available to do so on that date.[1]

---

[1] Plaintiffs' counsel does not normally have to pick up his children from school, and so is available for court and other practice-related matters on most afternoons.