IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEAL HENRY and JOHN HENRY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:17-cv-1358 |
| ) | |
| DOUGLAS MORGON and CLEAN ) | |
| HARBORS ENVIRONMENTAL ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Come the parties, by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and enter this stipulation of dismissal without prejudice.

                                              Respectfully submitted,

                                              /s/ Jeffrey C. Kovalski
                                              Jeffrey C. Kovalski, BPR No. 28977
                                              *Attorney for Plaintiffs*
                                              3037B Highway 31W
                                              P.O. Box 816
                                              White House, TN 37188
                                              (615) 810-8214
                                              FAX (866) 684-2375
                                              jeff@tn-injury.us

/s/ W. Lee Maddux with permission
W. Lee Maddux, BPR No. 1235
Rocklan W. King, BPR No. 30643
*Attorneys for Defendants*
Adams and Reese, LLP
424 Church Street, Suite 2700
Nashville, TN 37219
(615) 259-1041
FAX (615) 259-1470
lee.maddux@arlaw.com
rocky.king@arlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon counsel of record via email as follows:

W. Lee Maddux, Esq.
lee.maddux@arlaw.com

Rocklan King, Esq.
rocky.king@arlaw.com

This 21st day of December 2017.

/s/ Jeffrey C. Kovalski